# United States District Court
# Northern District of Indiana

| | |
|---|---|
| KENNETH ROLLINGCLOUD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ED BUSS, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:11-CV-401 JVB |

## OPINION AND ORDER

Kenneth RollingCloud, a *pro se* prisoner, submitted a complaint under 42 U.S.C. § 1983. (DE 1.) Although RollingCloud is presently detained at the Allen County Jail, he is suing over an incident occurring in 2009 at the Reception Diagnostic Center ("RDC") in Plainfield, Indiana. He names two defendants: an Indiana Department of Correction official located in Indianapolis, and a guard at the RDC. The events giving rise to this lawsuit occurred within the geographical boundaries of the United States District Court for the Southern District of Indiana, and both defendants are located there. Under 28 U.S.C. § 1406(a), when a case is filed in the wrong district, the district court may in the interests of justice transfer the case "to any district or division in which it could have been brought." Therefore, this case is **TRANSFERRED** to the United States District Court for the Southern District of Indiana.

**SO ORDERED** on December 2, 2011.

s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge
Hammond Division